litem, against the Nassau Electric Railroad Company. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

SPRAKER v. PLATT et al. (Supreme Court, Appellate Division, Third Department. January 12, 1911.) Action by Benjamin F. Spraker against Thomas C. Platt and others. No opinion. Upon stipulation, ordered that the action proceed before Justice Henry T. Kellogg.

In re STECKLER. (Supreme Court, Appellate Division, First Department. January 20, 1911.) In the matter of Louis Steckler, an attorney. No opinion. Reference ordered before official referee. Settle order on notice.

STEENMAN et al., Respondents, v. EAGAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by William B. Steenman and others against Sylvester B. Eagan. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

STEENMAN et al., Respondents, v. EAGAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by William M. Steenman and others against Sylvester B. Eagan. No opinion. Motion for leave to appeal to court of Appeals denied, with $10 costs.

In re STEINWAY PARK REALTY CO. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of the application of the Steinway Park Realty Company for a peremptory writ of mandamus, etc., for opening Ditmars avenue, etc. No opinion. Order affirmed, with $10 costs and disbursements, upon the authority of Matter of Application of Jackson Steinway Co., for opening Fourteenth Avenue (decided herewith) 126 N. Y. Supp. 1132.

STOKES, Respondent, v. BARBER ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Eugene E. Stokes against the Barber Asphalt Paving Company. F. W. Catlin, for appellant. A. C. Train, for respondent.

PER CURIAM. Judgment and order affirmed with costs. Order filed. See, also, 134 App. Div. 363, 119 N. Y. Supp. 37.

INGRAHAM, P. J., and LAUGHLIN, J., dissent.

STRAPP v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by Peter Strapp, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that the questions of contributory negligence and of defendant's negligence were questions of fact for the jury.

McLENNAN, P. J., dissents, upon the ground that as matter of law the deceased was not shown free from contributory negligence, and that defendant was not shown guilty of actionable negligence.

STRAUS, Respondent, v. WEINSTOCK, Appellant. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by Philip Straus, as trustee, against Leon C. Weinstock. S. I. Frankenstein, for appellant. W. L. Stout, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STREET, Respondent, v. VAN SCHAICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Irving W. Street against Eugene Van Schaick. No opinion. Order affirmed, with $10 costs and disbursements.

In re TAVSHANJIAN (two cases.) (Supreme Court, Appellate Division, First Department. December 23, 1910.) In the matter of Arax H. Tavshanjian as general guardian, etc. No opinion. Motion to dismiss appeal granted. Order filed.

TAYLOR et al., Respondents, v. GUINAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Winfield S. Taylor and another against Bernard F. Guinan. No opinion. Judgment and order affirmed, with costs on the opinion of Mr. Justice Putnam at Trial Term. 67, Misc. Rep. 262, 124 N. Y. Supp. 408. See, also, infra.

TAYLOR et al., Respondents, v. GUINAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Winfield S. Taylor and another against Bernard F. Guinan. No opinion. Motion for leave to appeal to the Court of Appeals denied, on the ground that such leave is not necessary. See, also, supra.

TAYLOR, Respondent, v. JENKINS MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by Hinman S. Taylor against the Jenkins Motor Car Company. No opinion. Judgment affirmed, with costs.

TEDFORD, Respondent, v. TAYLOR et al., Appellants. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by James A. Tedford against Thomas P. Taylor and another. O. S. Seymour, for appellants. J. L. Lockwood, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.